# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DISABILITY RIGHTS NORTH CAROLINA,

*Plaintiff,*

v.

THE NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES and DEVDUTTA SANGVAI, in his official capacity as Secretary of the North Carolina Department of Health and Human Services,

*Defendants.*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:24-cv-335

---

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(e)(1), attorney Amika M. Singh of the ACLU of North Carolina respectfully moves the Court for an order granting her leave to withdraw as counsel for Plaintiff in this matter. Ms. Singh is departing from the ACLU of North Carolina and will no longer be able to represent Plaintiff. Attorneys Michele Delgado, Kristi Graunke, and Ivy Johnson of the ACLU of North Carolina will continue as counsel for Plaintiff, along with Susan Pollitt, Lisa Grafstein, and Luke Woollard of Disability Rights North Carolina, and John Freedman, Michael Walden, Colleen Couture, and Anora Wang of Arnold and Porter Kaye Scholer LLP.

Respectfully submitted this the 20th day of August, 2025.

/s/ Amika M. Singh
Amika M. Singh
N.C. Bar No. 61111
Michele Delgado
N.C. Bar No. 50661
Kristi L. Graunke
N.C. Bar No. 51216
Ivy A. Johnson
N.C. Bar No. 52228
**ACLU OF NORTH CAROLINA
LEGAL FOUNDATION**
P.O. Box 28004
Raleigh, NC 27611-8004
Tel. (Singh): (919) 885-0051
Tel. (Delgado): (919) 256-5891
Tel. (Graunke): (919) 354-5066
Tel. (Johnson): (919) 532-3681
asingh@acluofnc.org
mdelgado@acluofnc.org
kgraunke@acluofnc.org
ijohnson@acluofnc.org

Susan H. Pollitt
N.C. Bar No. 12648
Lisa Grafstein
N.C. Bar No. 22076
Luke Woollard
N.C. Bar No. 48179
**Disability Rights NC**
801 Corporate Center Drive
Suite 118
Raleigh, North Carolina 27607
Tel.: (919) 856-2195
Fax: (919) 856-2244
susan.pollitt@disabilityrightsnc.org
lisa.grafstein@disabilityrightsnc.org
luke.woollard@disabilityrightsnc.org

John A. Freedman*

Michael L. Walden*
Colleen Couture*
Anora Y. Wang*

**Arnold & Porter Kaye Scholer
LLP**
601 Massachusetts Avenue N.W.
Washington, DC 20001
Tel.: (202) 942-5316
john.freedman@arnoldporter.com
mike.walden@arnoldporter.com
colleen.couture@arnoldporter.com
anora.wang@arnoldporter.com

*Special appearances

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing MOTION TO WITHDRAW AS COUNSEL with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record who have registered on the CM/ECF system. This MOTION TO WITHDRAW AS COUNSEL was also sent via email and mail to Disability Rights North Carolina, 801 Corporate Center Drive Suite 118 Raleigh, North Carolina 27607.

Electronically submitted this the 20th day of August, 2025.

*s/ Amika M. Singh*
Attorney for Plaintiff